IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DRUID KNOLL CONDOMINIUM | ) | CIVIL ACTION FILE NO. |
| ASSOCIATION, INC., et al., | ) | 1:06-CV-0634-CC |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION OF ROBIN GUSTAFSON**

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of ROBIN GUSTAFSON on August 17, 2006, at 9:30 a.m. at the offices of Weissman, Nowack, Curry & Wilco, P.C., One Alliance Center, 4th Floor, 3500 Lenox Road, Atlanta, Georgia 30326.

The deposition will be taken before a notary public or some other official authorized to administer oaths and authorized by law to take and transcribe said deposition, and will continue from day to day as required until concluded.

This deposition is being taken for the purpose of discovery for use at trial or for other such purposes as are permitted under the applicable statutes or rules of Court.

This 20th day of July, 2006.

**s/ John D. Wales, Esq.**
Georgia Bar No. 730785
Attorney for Plaintiff
LAW OFFICES OF JOHN D. WALES
1950 Spectrum Circle, Suite 400
Marietta, Georgia 30067
Telephone:  (770) 850-2545
Facsimile: (770) 850-2548
Email: JohnDWales@aol.com

**s/ Barbara M. Heyne, Esq.**
Georgia Bar No. 350415
Attorney for Plaintiff
LAW OFFICES OF JOHN D. WALES
1950 Spectrum Circle, Suite 400
Marietta, Georgia 30067
Telephone:  (770) 850-2545
Facsimile: (770) 850-2548
Email: BarbaraMHeyne@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed NOTICE TO TAKE OF DEPOSITION OF ROBIN GUSTAFSON with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Derek W. Johanson
>Scott A. Johnson
>Ashoo Sharma

>**s/ Barbara M. Heyne**
>Georgia Bar No. 350415
>Attorney for Plaintiff
>LAW OFFICES OF JOHN D. WALES
>1950 Spectrum Circle, Suite 400
>Marietta, Georgia 30067
>Telephone:  (770) 850-2545
>Facsimile: (770) 850-2548
>Email: BarbaraMHeyne@aol.com