IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW J. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DRUID KNOLL CONDOMINIUM ) | CIVIL ACTION FILE NO. |
| ASSOCIATION, INC., ROBIN ) | 1:06-CV-0634-CC |
| GUSTAFSON, CYNTHIA BROWN, ) | |
| ANDREW BRENNER, DAN HENNING, ) | |
| JARED KING, JOHN KIDD, and ) | |
| COMMUNITY MANAGEMENT ) | |
| ASSOCIATES, INC., JOINTLY AND ) | |
| SEVERALLY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION
WITHOUT PREJUDICE AS TO DEFENDANT JOHN KIDD**

COME NOW the parties, by their undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(ii) hereby stipulate to the voluntary dismissal of the above-styled action without prejudice as to Defendant John Kidd.

AGREED TO, this 17th day of October, 2006.

[SIGNATURES ON NEXT PAGE]

|  | LAW OFFICES OF JOHN D. WALES |
|---|---|
|  |  |
|  | /John D. Wales/ |
|  | JOHN D. WALES |
| 1950 Spectrum Circle, Suite 400 | GA Bar No. 730785 |
| Marietta, Georgia 30067 | BARBARA M. HEYNE |
| Telephone: (770) 850-2545 | Georgia Bar No. 350415 |
| Facsimile: (770) 850-2548 | *Attorneys for Plaintiff* |
| JohnDWales@aol.com |  |
| BarbaraMHeyne@aol.com |  |
|  |  |
|  | WEISSMAN, NOWACK, CURRY & WILCO, P.C. |
|  |  |
|  | /Scott A. Johnson/ |
| One Alliance Center – 4th Floor | DEREK JOHANSON |
| 3500 Lenox Road | GA Bar No. 392010 |
| Atlanta, GA  30326 | SCOTT A. JOHNSON |
| (404) 926-4500 | GA Bar No. 392092 |
| (404) 926-4600 (facsimile) | ASHOO SHARMA |
| derekjohanson@wncwlaw.com | GA Bar No. 637920 |
| scottjohnson@wncwlaw.com | *Attorneys for Defendants* |
| ashoosharma@wncwlaw.com |  |