IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| DRUID KNOLL CONDOMINIUM | ) | FILE NO.  1:06  CV-0634 CC |
| ASSOCIATION, INC., ROBIN | ) | |
| GUSTAFSON, CYNTHIA BROWN, | ) | |
| ANDREW BRENNER, DAN HENNING, | ) | |
| JARED KING, JOHN KIDD, and | ) | |
| COMMUNITY MANAGEMENT | ) | |
| ASSOCIATES, INC., JOINTLY AND | ) | |
| SEVERALLY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CONSENT ORDER

WHEREAS, Plaintiff initiated this cause of action against Robin Gustafson,
Cynthia Brown, Andrew Brenner, Dan Henning, Jared King, John Kidd (collectively
referred to as the "Individual Defendants"), Druid Knoll Condominium Association,
Inc. ("DKCA") and Community Management Associates, Inc. ("CMA") for alleged
violations of the Fair Housing Act, 42 U.S.C. §§ 3601 et seq. ("FHA"), alleged
violations of the laws of the State of Georgia (Georgia Fair Housing Act, O.C.G.A §§

8-3-200, *et seq*., alleged negligence, alleged intentional infliction of emotional distress and alleged breach of fiduciary duty); and

WHEREAS, DKCA filed a counterclaim against Plaintiff for permanent injunctive relief and damages for Plaintiff's alleged violation of the Declaration of Condominium Druid Knoll Condominium, which is recorded in Deed Book 7319, Page 523, *et seq.* of the DeKalb County, Georgia real property records (hereinafter the "Declaration"), the By-Laws of Druid Knoll Condominium Association, Inc., which is recorded in Deed Book 7319, Page 563, *et seq.* of the DeKalb County, Georgia real property records (hereinafter the "By-Laws"), and the Georgia Condominium Act O.C.G.A. § 44-3-70, *et seq.*; and

WHEREAS, in order to resolve the remaining claims and conclude this civil action without the need for a trial on the merits, the parties have agreed on the following terms:

(1) that a judgment be entered in favor of the Individual Defendants on each and every claim asserted by Plaintiff in this action, with no costs of court assessed against Plaintiff;

(2) that DKCA voluntarily dismiss its counterclaim against Plaintiff with prejudice; and

(3) that Plaintiff voluntarily dismiss his claims against DKCA and CMA with prejudice; and

WHEREAS, these terms, agreed upon by the parties, are hereby adopted as the final judgment and order of this Court.

IT IS HEREBY ORDERED AND ADJUDGED that, in accordance with the terms agreed upon by the parties, all remaining claims asserted in this action are hereby dismissed with prejudice, and that each party shall bear his or her own costs.

This _____ day of _____ 2007.

_____

HONORABLE CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:


/John D. Wales/
JOHN D. WALES
GA Bar No. 730785
BARBARA M. HEYNE
Georgia Bar No. 350415
 *Attorneys for Plaintiff*

LAW OFFICES OF JOHN D. WALES
1950 Spectrum Circle, Suite 400
Marietta, Georgia 30067
Telephone:  (770) 850-2545
Facsimile: (770) 850-2548
JohnDWales@aol.com
BarbaraMHeyne@aol.com


/Scott A. Johnson/
DEREK JOHANSON
GA Bar No. 392010
SCOTT A. JOHNSON
GA Bar No. 392092
ASHOO SHARMA
GA Bar No. 637920
 *Attorneys for Defendants*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center – 4th Floor
3500 Lenox Road
Atlanta, GA  30326
(404) 926-4500
(404) 926-4600 (facsimile)
derekjohanson@wncwlaw.com
scottjohnson@wncwlaw.com
ashoosharma@wncwlaw.com

565148; 10800.913